UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

    v.            12 Cr. 0626 (ER)

RAYMOND CHRISTIAN, et al.,

    Defendants
-----------------------------------------------------------x

## ORDER APPOINTING LEARNED COUNSEL

At the initial conference on September 13, 2012, the Court indicated that pursuant to 18 U.S.C. § 3005, it would appoint additional counsel ("learned counsel") for the defendants charged with offenses carrying a potential sentence of death. Having considered the recommendation of David E. Patton, Executive Director and Attorney-in-Chief of the Federal Defenders of New York, the Court hereby appoints the following attorney to serve as capital "learned counsel":

1. For defendant Glenn Thomas (Don Buchwald, Lead Counsel), Joshua Dratel ((212) 732-0707).

Additional learned counsel appointments will be made as appropriate for other defendants in this case charged with offenses carrying a potential sentence of death.

White Plains, New York
October 2, 2012

                _____
                Edgardo Ramos, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2012