Andrew G. Patel
Attorney-at-Law
The Trinity Building
111 Broadway, Suite 1305
New York, New York 10006
Fax: 212-346-4665

**MEMO ENDORSED**

Telephone: 212-349-0230

**By Facsimile**

February 27, 2013

The application is  X  granted.
                   __ denied.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: Feb. 27, 2013
White Plains, New York

Honorable Edgardo Ramos
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601
Fax No.: 914-390-4298

Re:   United States v. Raymond Christian, et al
      12 Cr. 626 (ER)

Dear Judge Ramos:

This letter is respectfully submitted on behalf of all defendants to respectfully request an adjournment of the conference currently scheduled for March 5, 2013 until April 17, 2013, at 10:00am. I have been advised by your Honor's Chambers that this would be a convenient date and time for the Court. This adjournment is being requested to give the parties additional time to review discovery and to possibly resolve this matter.

Counsel for Mr. James Williams and Mr. Glenn Thomas would like to appear before your Honor as currently scheduled on March 5, 2013 at 10:00am.

Assistant United States Attorney Andrew Bauer informed me that the Government consents to this request. A proposed Order to exclude time for Speedy Trial purposes is enclosed for your Honor's consideration.

Respectfully submitted,

*[signature]*

Andrew G. Patel

cc:   All counsel (by electronic mail)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/2013