LAW OFFICES OF

**JOSHUA L. DRATEL, P.C.**

A PROFESSIONAL CORPORATION

29 BROADWAY
Suite 1412
NEW YORK, NEW YORK 10006
---
TELEPHONE (212) 732-0707
FACSIMILE (212) 571-3792
E-MAIL: JDratel@JoshuaDratel.com

JOSHUA L. DRATEL  
—  
LINDSAY A. LEWIS  
WHITNEY G. SCHLIMBACH

STEVEN WRIGHT  
*Office Manager*

November 1, 2013

**BY ECF**

The Honorable Edgardo Ramos  
United States District Judge  
Southern District of New York  
Thurgood Marshall Courthouse  
40 Centre Street  
New York, New York 10007

    Re: *United States v. Christian (Glenn Thomas)*,  
       12 Cr. 626 (ER)

Dear Judge Ramos:

  This letter is in regard to the trial schedule in the above-entitled matter, in which Donald Buchwald, Esq., and I represent defendant Glenn Thomas. I am scheduled to commence trial March 31, 2014, in *United States v. Mostafa*, 04 Cr. 356 (KBF) before the Honorable Katherine B. Forrest. That trial is expected to last 6-8 weeks. As a result, I will be unable to participate in the trial in this case if, as scheduled, it begins April 21, 2014. However, Mr. Buchwald remains available to try the case pursuant to the current schedule.

            Respectfully submitted,

            Joshua L. Dratel

cc: Andrew Bauer  
   Assistant United States Attorney  
   (Via ECF)

   All Defense Counsel  
   (Via ECF)