UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA**

**-v-**

**GLENN THOMAS,**

       **Defendant.**

**12 Cr. 626 (ER)**

**NOTICE OF APPEARANCE**

---

      **PLEASE TAKE NOTICE** that Levi M. Downing of Kelley Drye & Warren LLP

hereby appears on behalf of Glenn Thomas in the above-captioned action, and requests that all

notices given or required to be given, and all papers served or required to be served, be given to

and served on the undersigned at the office and address stated below.

Dated: New York, New York
December 4, 2013

KELLEY DRYE & WARREN LLP

By:   /s/ Levi M. Downing

Levi M. Downing
101 Park Avenue
New York, New York 10178
Tel.: (212) 808-7800

*Attorneys for Defendant Glenn Thomas*