UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States of America

                    Plaintiff,

Case No.  12 Cr. 626 (ER)

-against-

GLENN THOMAS

                    Defendant.

--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending       [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Don D. Buchwald**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: DB2214      My State Bar Number is 1043363

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Kelley Drye & Warren LLP
FIRM ADDRESS: 101 Park Avenue, New York, NY 10178
FIRM TELEPHONE NUMBER: (212) 808-7800
FIRM FAX NUMBER: (212) 808-7897

NEW FIRM:   FIRM NAME: Law Offices of Don Buchwald
FIRM ADDRESS: 101 Park Avenue, New York, NY 10178
FIRM TELEPHONE NUMBER: (212) 661-0040
FIRM FAX NUMBER: (212) 808-7897     Email: donbuch12@aol.com

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 2, 2014

_____
ATTORNEY'S SIGNATURE