# LAW OFFICES OF DON BUCHWALD

### 101 PARK AVENUE - 27TH FLOOR
### NEW YORK NY 10178

| TELEPHONE: | EMAIL: | FACSIMILE: |
|---|---|---|
| (212) 661-0040 | DONBUCHWALD@DONBUCHWALDLAW.COM | (212) 808-7897 |

April 21, 2014



Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Christian, et al*, 12 Cr. 626 (ER)
           Our Client:  Glenn Thomas

Dear Judge Ramos:

    I am on the Court's CJA capital panel.  In September, 2012 I was appointed by Your Honor to represent Glenn Thomas.  Mr. Thomas's trial is presently scheduled to commence on August 4, 2014.  I am advised by the CJA Office that Court authorization is required in order to continue to obtain compensation at the CJA rate for capital cases, presently set at $180/hour, rather than the regular CJA rates.  I am writing to request that the Court authorize such compensation for counsel in this case, pursuant to 18 U.S.C. § 3005.  In this connection, I note for the Court that it is not our intention to bill CJA at all for the trial preparation and actual trial time expended by associate Levi Downing on this matter.

    Thank you for your consideration of this matter.

The application is ✓ granted.
                 __ denied.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 4/23/14
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-23-2014

ZZBUCHWALD\BuchD\3786.1

## LAW OFFICES OF DON BUCHWALD

Honorable Edgardo Ramos
April 21, 2014
Page Two

                                        Respectfully submitted,

                                        Don D. Buchwald

DDB:lgs

ZZBUCHWALD\BuchD\3786.1