UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  -against-<br><br>GLENN THOMAS,<br><br>       Defendant. | S3 12 Cr. 626 (ER)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Don D. Buchwald of Law Offices of Don Buchwald hereby appears on behalf of defendant Glenn Thomas in the above-captioned action, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served on the undersigned at the office and address stated below.

Dated: New York, New York
July 11, 2014

                   DON BUCHWALD LAW

                   By: /s/ Don D. Buchwald
                   Don D. Buchwald
                   Law Offices of Don Buchwald
                   101 Park Avenue
                   New York, New York 10178
                   Tel.: (212) 661-0040
                   *Attorney for Glenn Thomas*