```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/19/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
United States of America

        - against -

Glenn Thomas,

                Defendant.
------------------------------------------------------x

**NOTICE OF COURT CONFERENCE**

12 Crim. 626-05 (ER)

A substitution of counsel hearing will be held before the Hon. Edgardo Ramos, U.S.D.J. on **September 23, 2014 at 3:00 pm** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

                                              Jazmin Rivera, Courtroom Deputy

Dated:    New York, New York
              September 19, 2014