UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9/23/2014

UNITED STATES OF AMERICA

-against-

GLENN THOMAS,

                      Defendant.

**ORDER**
12Cr.626-05 (ER)

Ramos, D.J.:

    The C.J.A. attorney assigned to this case, Don D. Buchwald, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Michael Sporn**.

SO ORDERED.

Dated: New York, New York
         September 23, 2014

                                                Edgardo Ramos, U.S.D.J.