# MICHAEL H. SPORN

ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

December 5, 2014

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Glenn Thomas
Ind. No. 12 Cr 626 (ER)

Dear Judge Ramos:

    This letter is respectfully submitted to request an additional extension of time for the filing of post-verdict motions from December 22, 2014 to January 22, 2015. The reason for this request is that, due to multiple filing deadlines this month for motions and sentencing submissions in other CJA matters, I will not been able file this motion by the current deadline. The government consents to this request. Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

MHS/ss
Cc: Kan M. Nawaday, Esq. (By ECF)