# MICHAEL H. SPORN
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

December 4, 2015

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Glenn Thomas
Ind. No. 12 Cr 626 (ER)

Dear Judge Ramos:

    This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for December 10, 2015 be adjourned to a date convenient to the Court at the end of January 2016. By that date I expect to have completed our inquiry into the defendant's environmental background. The government consents. Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

MHS/ss