**MEMO ENDORSED**

**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK. NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: _12/3/2015_

December 4, 2015

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Glenn Thomas
      Ind. No. 12 Cr 626 (ER)

Dear Judge Ramos:

        This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for December 10, 2015 be adjourned to a date convenient to the Court at the end of January 2016. By that date I expect to have completed our inquiry into the defendant's environmental background. The government consents. Thank you for your consideration of this matter.

Sentencing is adjourned to January 29, 2016, at 11:45 am.

Respectfully yours,

Michael H. Sporn

The application is  ✔ granted
                    ____ denied

Edgardo Ramos, U.S.D.J
MHS/ss          Dated: _12/3/2015_____
                New York, New York

MEMO ENDORSED