**MICHAEL H. SPORN**
ATTORNEY AT LAW
299 BROADWAY
NEW YORK, NEW YORK 10007

TELEPHONE
(212) 791-1200

FACSIMILE
(212) 791-3047

January 19, 2016

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: <u>United States v. Glen Thomas</u>
           Ind. No. 12 Cr 626 (ER)

Dear Judge Ramos:

    This letter is respectfully submitted to request that the sentencing proceeding currently scheduled for January 29, 2016 be adjourned to February 25, 2016 to complete our sentencing submissions. The government consents. Thank you for your consideration of this matter.

Respectfully yours,

Michael H. Sporn

MHS/ss